UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
SHIVA STEIN,                                           :
                                                       :
       Plaintiff,                              :   Civ. No.   1:20-cv-01282-GBD
                                                       :
v.                                                     :
                                                       :
CINCINNATI BELL INC., LYNN A.                          :
WENTWORTH, MEREDITH J. CHING,                          :
WALTER A. DODS, JR., JOHN W. ECK,                      :
LEIGH R. FOX, JAKKI L. HAUSSLER,                       :
CRAIG F. MAIER, RUSSEL P. MAYER,                       :
THEODORE H. TORBECK, and MARTIN J.                     :
YUDKOVITZ,                                             :
                                                       :
       Defendants.                             :
.                                                      :
---------------------------------------------------------  :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  June 1, 2020                        Respectfully submitted,

                                                       **WOLF HALDENSTEIN ADLER**
                                                       **FREEMAN & HERZ LLP**

                                                       /s *Gloria Kui Melwani*
                                                       Gloria Kui Melwani (GM5661)
                                                       270 Madison Avenue
                                                       New York, New York 10016
                                                       Tel:  (212) 545-4600
                                                       Fax: (212) 686-0114
                                                       Email:  melwani@whafh.com
                                                       *Attorneys for Plaintiff*